AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                 DISTRICT OF                CALIFORNIA

UNITED STATES OF AMERICA,
                    Plaintiff,

                v.                              **APPEARANCE**

ISRAEL GARCIA-RODRIGUEZ,
                                        Case Number:  08MJ0064
                    Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    ISRAEL GARCIA-RODRIGUEZ

    I certify that I am admitted to practice in this court.

                                            /s/ SHAFFY MOEEL

_____1/10/2008_____                         _____
Date                                        Signature

                                  Shaffy Moeel / Federal Defenders of SD        238732
                                  Print Name                              Bar Number

                                  225 Broadway, Suite 900
                                  Address

                                  San Diego, CA  92101
                                  City                State            Zip Code

                                  (619) 234-8467        (619) 687-2666
                                  Phone Number                    Fax Number

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

best of her information and belief, and that a copy of the foregoing document has been served

this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: January 10, 2008
                                                              */s/ Shaffy Moeel*
                                              SHAFFY MOEEL
                                              Federal Defenders of San Diego, Inc.
                                              225 Broadway, Suite 900
                                              San Diego, CA 92101-5030
                                              (619) 234-8467  (tel)
                                              (619) 687-2666  (fax)
                                              e-mail: Shaffy_Moeel@fd.org